IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. JEAN CHARLOT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | )   CV NO. 04-4145-JPG |
| | ) |
| COMMUNITY HEALTH AND | ) |
| EMERGENCY SERVICES, INC., an | ) |
| Illinois Not-for-Profit Corporation; | ) |
| FREDERICK BERNSTEIN, in his | ) |
| individual and official capacity; and | ) |
| MIKE HANCOCK, in his individual and | ) |
| official capacity; | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    Dated:   September 2, 2005

                                                        NORBERT JAWORSKI, CLERK

                                                        by:s/Deborah Agans
                                                        **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                    **U. S. DISTRICT JUDGE**